**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-7861

———————

ROBERT TAYLOR GILCHRIST, JR.,

                                        Plaintiff - Appellant,

        versus

GEORGE REID; WILLIAM WILLIS; KEATH PARKS;
CARRIE CRESTWELL; MS. TUTT,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Patrick Michael Duffy, District
Judge.  (3:05-cv-03338-PMD)

———————

Submitted: December 14, 2006        Decided:  December 22, 2006

———————

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Taylor Gilchrist, Jr., Appellant Pro Se.  George Preston
Callison, Jr., CALLISON, DORN, THOMASON & KNOTT, PA, Greenwood,
South Carolina; William Henry Davidson, II, Matthew Blaine
Rosbrugh, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Taylor Gilchrist, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Gilchrist that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Gilchrist failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Gilchrist has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -